**TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE
TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

Case Number:          BK     AP

If AP, Related BK Case Number:

Name of Debtor:

Is this Withdrawal of Reference for the whole case?    Yes    No

Cause of Transmittal: Motion of the Official Committee of Unsecured Creditors for an Order (I) Holding James Alexander in Contempt of Court and (II) Issuing a Bench Warrant for the Arrest and Detention of James Alexander

Items being Transmitted:

| | | |
|---|---|---|
| Withdrawal of Reference | Docket Number: | Date Filed: |
| Motion being Withdrawn | Docket Number: | Date Filed: |
| | Docket Number: | Date Filed: |
| | Docket Number: | Date Filed: |
| | Docket Number: | Date Filed: |

Petitioner(s)                          Petitioner's Counsel

Respondent(s)                       Respondent's Counsel

                                          Geoffrey G. Grivner and Mark Pfeiffer-
                                          Buchanan Ingersoll & Rooney PC

**Notes**