# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) ) | Chapter 11 |
| CRED Inc., *et al.*, | ) ) | C.A. No. 21-417 (MN) |
| Debtors. | ) ) ) ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Timothy W. Walsh, Darren Azman and Joseph B. Evans of McDermott Will & Emery LLP, 340 Madison Avenue, New York, NY 10173 to represent the Official Committee of Unsecured Creditors appointed in the chapter 11 bankruptcy cases of Cred Inc. and certain affiliates (collectively, the "Debtors")[1] in this matter. In accordance with the Court's Revised Standing Order for District Court Fund effective September 1, 2016, I certify that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office upon the filing of this motion.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

Dated: Wilmington, Delaware
       March 30, 2021

OF COUNSEL:

Timothy W. Walsh
Darren Azman
Joseph B. Evans
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
E-mail:  twwalsh@mwe.com
E-mail:  dazmn@mwe.com
E-mail:  jbevans@mwe.com

McDermott Will & Emery LLP

/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
Ethan H. Townsend (I.D. No. 5813)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
E-mail:  dhurst@mwe.com
E-mail:  ehtownsend@mwe.com

*Counsel to the Official Committee of Unsecured Creditors*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Timothy W. Walsh, Darren Azman, and Joseph B. Evans is GRANTED.

Date: _____   _____
                                   United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I, Timothy W. Walsh, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

March 30, 2021

Timothy W. Walsh
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
E-mail: twwalsh@mwe.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Darren Azman, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

March 30, 2021

Darren Azman
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
E-mail: dazman@mwe.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Joseph B. Evans, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

March 30, 2021



Joseph B. Evans
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
E-mail: jbevans@mwe.com