IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CRED Inc., *et al.*, | ) | C.A. No. 21-417 (MN) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |
| | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Avram E. Luft of Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, and James T. Grogan of Paul Hastings LLP, 600 Travis Street, 58th Floor, Houston, TX 77002 to represent Cred Inc. *et al.,* (the "**Debtors**") in this matter. In accordance with the Court's Revised Standing Order for District Court Fund effective September 1, 2016, I certify that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office upon the filing of this motion.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, San Mateo, California 94401.

Dated: March 30, 2021
      Wilmington, Delaware

|  |  |
|---|---|
| OF COUNSEL:<br><br>James T. Grogan<br>**PAUL HASTINGS LLP**<br>600 Travis Street, 58th Floor<br>Houston, TX 77002<br>Telephone: (713)-860-7300<br>Email: jamesgrogan@paulhastings.com<br><br>Avram E. Luft<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212)-318-6000<br>Email: aviluft@paulhastings.com | */s/ Scott D. Cousins*<br>Scott D. Cousins (No. 3079)<br>Scott D. Jones (No. 6672)<br>**COUSINS LAW LLC**<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, Delaware 19803<br>Telephone: (302) 824-7081<br>Facsimile: (302) 295-0331<br>Email: scott.cousins@cousins-law.com<br><br>*Co-Counsel to the Debtors* |

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Avram E. Luft and James T. Grogan is GRANTED.

Date: _____            _____
                                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Avram E. Luft, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  March 30, 2021

*/s/ Avram E. Luft*
Avram E. Luft
**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166
(212) 318-6000
aviluft@paulhastings.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, James T. Grogan, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 30, 2021

*/s/ James T. Grogan*
James T. Grogan
**PAUL HASTINGS LLP**
600 Travis Street, 58th Floor
Houston, TX 77002
(212) 318-6000
jamesgrogan@paulhastings.com