# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Official Committee of Unsecured Creditors**, | |
| Plaintiff, | Civil Action No. 21-417-MN |
| v. | Bankruptcy Case No. 20-12836 (JTD) |
| **James Alexander**, | |
| Defendant. | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Kody M. Sparks, Esquire of Buchanan Ingersoll & Rooney PC as counsel for James Alexander, in the above-captioned action.

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Kody M. Sparks*
Kody M. Sparks (#6464)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
*kody.sparks@bipc.com*

*Attorneys for James Alexander*

Dated: April 15, 2021