# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Official Committee of Unsecured Creditors**, | |
| Plaintiff, | Civil Action No. 21-417-MN |
| v. | Bankruptcy Case No. 20-12836 (JTD) |
| **James Alexander**, | |
| Defendant. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 an the attached certifications, counsel moves for the admission *pro hac vice* of Mark Pfeiffer of Buchanan Ingersoll & Rooney PC, 50 S. 16th Street, Suite 3200, Philadelphia, PA 19102 to represent James Alexander ("Alexander") in this matter. In accordance with the Court's revised Standing Order for District Court Fund effective September 1, 2016, I certify that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office upon the filing of this motion.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (#4711)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for James Alexander*

Dated: April 15, 2021