## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of Mark Pfeiffer is GRANTED.

Date:_____ _____

United States District Judge