**mwe.com**

Ethan H. Townsend
Attorney at Law
ehtownsend@mwe.com
+1 302 485-3911

April 15, 2021

**VIA E-FILING**

The Honorable Maryellen Noreika
District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31, Room 4124
Wilmington, Delaware 19801-3555

Re:   *Official Committee of Unsecured Creditors of Cred, Inc. v. James Alexander*, No. 21-cv-417

Dear Judge Noreika:

We represent the Official Committee of Unsecured Creditors of Cred Inc., *et al.* (the "Committee") in the above-referenced matter. We write concerning the telephonic hearing of the contempt motion, which is currently scheduled for April 16, 2021 at 10:00AM (D.I. 9).

Yesterday afternoon, the defendant James Alexander provided the Committee a submission containing additional information in connection with his obligations under the emergency order issued by the United States Bankruptcy Court for the District of Delaware (the "Emergency Order"). Mr. Alexander's most recent submission continues to fail to respond to many of the demands, requests, and issues raised in the formal demands and letters provided by the Committee to Mr. Alexander. It is the Committee's position that Mr. Alexander has yet to comply with the Emergency Order. Given that the Committee just received this submission yesterday, we would prefer to respond in writing to counsel for Mr. Alexander, discuss these issues, and attempt to narrow the disputed issues prior to the hearing. For this reason, the Committee requests an adjournment of the hearing for approximately two weeks, or as soon thereafter as the Court may be available.

We have discussed this issue with counsel for Mr. Alexander and explained that the Committee will be responding in writing and would like to engage in further discussions. Based on an email we received this morning, we understand that Mr. Alexander does not consent to this request for an adjournment.

Respectfully submitted,

/s/ *Ethan H. Townsend*

Ethan H. Townsend (#5813)

cc:   David R. Hurst
      Timothy W. Walsh
      Darren Azman
      Joseph B. Evans

