

**mwe.com**

Ethan H. Townsend
Attorney at Law
ehtownsend@mwe.com
+1 302 485-3911

May 17, 2021

**VIA E-FILING**

The Honorable Maryellen Noreika
District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31, Room 4124
Wilmington, Delaware 19801-3555

Re:  *Official Committee of Unsecured Creditors of Cred, Inc. v. James Alexander*, No. 21-cv-417

Dear Judge Noreika:

We write on behalf of the Cred Inc. Liquidation Trust, as successor-in-interest to the Official Committee of Unsecured Creditors of Cred Inc. (the "Trust").  The Trust continued the February 9, 2021 deposition of Mr. Alexander on May 13, 2021 and May 14, 2021.  Due to issues that arose during the deposition on May 14, 2021, the Trust and Mr. Alexander agreed to continue the deposition on May 19, 2021.  To permit sufficient time to continue that deposition, the Trust is requesting an adjournment of the May 19, 2021 hearing in the above-referenced matter for a period of two weeks, or as soon thereafter as the Court may be available.  We have conferred with counsel for Mr. Alexander, who indicated that Mr. Alexander does not oppose this request for an adjournment.

Respectfully submitted,

/s/ *Ethan H. Townsend*

Ethan H. Townsend (#5813)

cc:  David R. Hurst
     Timothy W. Walsh
     Darren Azman
     Joseph B. Evans



1007 North Orange Street 10th Floor   Wilmington, DE 19801   Tel +1 302 485 3911   Fax +1 302 351 8711

*US practice conducted through McDermott Will & Emery LLP.*