

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

919 North Market Street, Suite 990
Wilmington, DE  19801-3036
T 302 552 4200
F 302 552 4295

June 8, 2021

**VIA E-MAIL AND CM/ECF**

Joseph B. Evans
MCDERMOTT WILL & EMERY
340 Madison Avenue
New York, New York 10173-1922
Tel: (212) 547-5400
Fax: (212) 547-5444
jbevans@mwe.com

      Re:   *Official Committee of Unsecured Creditors v. James Alexander*
                *C.A. No., 1:21-cv-00417-MN*

Dear Mr. Evans:

      I write on behalf of James Alexander ("Mr. Alexander") in the above-referenced action. I am in receipt of the Official Committee of Unsecured Creditors' (the "Committee") June 7, 2021 Letter and Exhibits (the "List") listing transactions to which Mr. Alexander is required to respond pursuant to Judge Norieka's Order of June 2, 2021. Upon review this morning, after the filing late last evening, I have noticed a number of issues and deficiencies in the Committee's List that require prompt correction.[1] Specifically:

1. You request explanations for 55 transactions with respect to Wells Fargo Account (1923), but the exhibit you attached in connection with that account (Exhibit F) does not have any transactions highlighted;

2. You request an explanation for 1 transaction with respect to Wells Fargo Account (6552), but the exhibit you attached in connection with that account (Exhibit G) does not have any transactions highlighted; and

---

[11] I am also in receipt of your revised List, filed and served this morning. This corrects one of the issues I was going to note—i.e. the missing Exhibit K. However the below issues remain in the revised List.

June 8, 2021
Page - 2 -

3. You request explanations for 12 transactions with respect to USAA Federal Savings Account (9023); but the exhibit you attached in connection with that account (Exhibit I) does not have any transactions highlighted.

As you know, Mr. Alexander's responses are due by this Friday June 11th and you have named 177 specific transactions requiring detail from Mr. Alexander, 68 of which are missing from your List, so time is of the essence.

In addition, the List includes significantly more transactions than was represented during the hearing last Wednesday June 2. Mr. Alexander is endeavoring to provide responses by the current deadline, Friday June 11th. However, based on the breadth of the List, and the issues noted above, Mr. Alexander respectfully reserves all rights, and waives none, to seek a reasonable extension for his responses.

Should you have any questions, I am available at your convenience.

Respectfully submitted,

*/s/ Geoffrey G. Grivner*

Geoffrey G. Grivner  (#4711)

Cc:   All Counsel of Record
      The Honorable Maryellen Noreika