

**mwe.com**

Ethan H. Townsend
Attorney at Law
ehtownsend@mwe.com
+1 302 485-3911

June 8, 2021

**VIA E-FILING**

The Honorable Maryellen Noreika
District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31, Room 4124
Wilmington, Delaware 19801-3555

Re:   *Official Committee of Unsecured Creditors of Cred, Inc. v. James Alexander*, No. 21-cv-417

Dear Judge Noreika:

We write on behalf of the Cred Inc. Liquidation Trust, as successor-in-interest to the Official Committee of Unsecured Creditors of Cred Inc. (the "Trust").  As the Court knows, the Trust submitted a letter yesterday with highlighted financial records identifying transactions for which it seeks Mr. Alexander to identify the sender, recipient, and to provide a detailed explanation of the purpose of the transaction.  We received a letter from counsel for Mr. Alexander this morning at 9:20AM indicating that three exhibits they received did not come through as highlighted.  This came as a surprise as we highlighted all of the exhibits prior to filing and sending a courtesy copy via email to counsel for Mr. Alexander.  We have contacted our internet technology department about this issue.  We are collectively uncertain as to why this issue occurred but suspect that the technical issue has to do with how our respective email "scrubbing" systems operate.  We have now remedied the issue and received a confirmation email from counsel for Mr. Alexander at 10:43 AM that they are in possession of the highlighted copies of all of the exhibits.

Respectfully submitted,

/s/ *Ethan H. Townsend*

Ethan H. Townsend (#5813)

cc:   David R. Hurst
      Timothy W. Walsh
      Andrew B. Kratenstein
      Darren Azman
      Joseph B. Evans



1007 North Orange Street 4th Floor   Wilmington, DE 19801   Tel +1 302 485 3911   Fax +1 302 351 8711

*US practice conducted through McDermott Will & Emery LLP.*