**<u>EXHIBIT F (FILED UNDER SEAL)</u>**

Alexander Third Supplemental Declaration