IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Official Committee of Unsecured Creditors**, | |
| Plaintiff, | Civil Action No. 21-417-MN |
| v. | Bankruptcy Case No. 20-12836 (JTD) |
| **James Alexander**, | |
| Defendant. | |

## ORDER GRANTING BUCHANAN INGERSOLL & ROONEY PC'S MOTION TO WITHDRAW AS COUNSEL

UPON CONSIDERATION OF the Renewed Motion To Withdraw as Counsel for James Alexander (the "Motion") filed by Buchanan Ingersoll & Rooney PC ("Movant"), and any responses filed thereto, and after due deliberation the Court having determined that the relief requested in the Motion is justified and authorized in accordance with Delaware District Court Local Rule 83.7, 11 U.S.C. § 105(a), and Delaware Lawyers' Rule of Professional Conduct 1.16; it is HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. Movant's representation of James Alexander in the above-captioned proceeding is hereby TERMINATED, effective IMMEDIATELY.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

_____
The Honorable Maryellen Norieka