IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Official Committee of Unsecured Creditors,<br><br>  Plaintiff,<br><br>  v.<br><br>James Alexander,<br><br>  Defendant. | Civil Action No. 21-417-MN<br><br>Bankruptcy Case No. 20-12836 (JTD) |

## RULE 7.1.1 STATEMENT

In accordance with Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, the undersigned counsel certify that they have met and conferred with opposing counsel regarding the Motion to Withdraw as Counsel for James Alexander (D.I. 35) (the "Motion") and neither Plaintiff nor its counsel oppose the Motion.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

/s/ *Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
Kody M. Sparks (#6464)
Mark Pfeiffer (admitted *pro hac vice*)
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Withdrawing Attorneys for James Alexander*

Dated: August 3, 2021