

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

919 North Market Street, Suite 990
Wilmington, DE  19801-3036

T 302 552 4200
F 302 552 4295

August 6, 2021

The Honorable Maryellen Noreika
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

Re:  *Official Committee of Unsecured Creditors of Cred Inc. v. James Alexander,*
     **Case No.: 1:21-cv-00417-MN**

Dear Judge Noreika:

I write regarding Your Honor's August 3, 2021 Oral Order [D.I. 38] (the August 3 Order) regarding the motion for me, Kody Sparks, and Mark Pfeiffer (*Pro Hac Vice*) to withdraw as attorneys for Defendant James Alexander. In the August 3 Order, Your Honor directed that the Court be provided with contact information for Mr. Alexander in a form (e.g., physical address or email) that Mr. Alexander agrees is appropriate for service upon him.

At this time, Mr. Alexander wishes to accept service at the following address:

James Alexander
3551 Dixie Canyon Place
Sherman Oaks, CA 91423

Mr. Alexander has informed me that this property is in the process of being sold. I have advised Mr. Alexander that he must to inform the Court of a change of service address when the above-mentioned property is sold, and have provided him with Your Honor's contact information (address and Chambers phone number) to do so.

Should Your Honor have any questions, I am available at your convenience.

Respectfully submitted,

*/s/ Geoffrey G. Grivner*

Geoffrey G. Grivner (#4711)

Cc:    All Counsel of Record